# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Tony Donell McColley | ) | |
|---|---|---|
| *Petitioner* | ) | |
| v. | ) | Civil Action No. 5:19-cv-704-BHH |
| Warden of FCI Williamsburg | ) | |
| *Respondent* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: This petition is dismissed without prejudice and without requiring Respondent to file a response or answer.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge who adopts the Report and Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:  July 23, 2019

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*